IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHIRLEY M. GREEN,

    Petitioner,                    No. CIV S-09-3513 FCD GGH PS

    vs.

UNITED STATES DISTRICT
COURT, EASTERN DISTRICT OF
CALIFORNIA, BANKRUPTCY
COURT,

    Respondents.                ORDER

_____/

BANKIM PATEL,

    Real Party in Interest.

_____/

        Petitioner Shirley M. Green has brought a writ of mandate pursuant to 28 U.S.C. §§ 1331, 1361 against this Eastern District of California court and the Eastern District Bankruptcy Court. Petitioner commences her request by asking the district court to compel the "bankruptcy judge" to adhere to rules and regulations, but later indicates that her real desire is to have the court restrain the state court from acting in an unlawful detainer action. It appears to the undersigned from a full reading of the petition, however, that petitioner is really seeking enforcement of an injunction against a former creditor (Bankin Patel) who may be violating a

1

discharge order in Eastern District Bankruptcy Case 08-36224-B-7.  <u>See</u> 11 U.S.C. § 524(a) and (g).

        The Supreme Court has recently reiterated that the bankruptcy court has continuing jurisdiction to enforce is orders.  <u>Travelers Indem. Co. V. Bailey</u>, __U.S.__, 129 S.Ct. 2195, 2205 (2009).  Because the most likely interpretation of petitioner's present case is a request for the bankruptcy court to enforce its previous discharge order, this case (CIV-S-09-3513) is transferred to the United States Bankruptcy Court of this district for any appropriate action.

Dated: 12/22/09

                                        /s/ Gregory G. Hollows

                                        _____
                                        U.S. MAGISTRATE JUDGE

GGH:gh:035
green3513.trsf